UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Prealou Roberts</u>

     v.         Case No. 09-cv-34-PB

<u>Wentworth Douglas Hospital, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 30, 2009.

SO ORDERED.

May 26, 2009        /s/ Paul Barbadoro
               Paul Barbadoro
               United States District Judge

cc: Prealou Roberts, Pro Se