` UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Prealou Roberts</u>

        v.                         Case No. 09-cv-34-PB

<u>Wentworth Douglas Hospital, et al.</u>

<u>O R D E R</u>

I hereby recuse myself from presiding over this case as Attorney Kenneth Bartholomew has filed an appearance on behalf of two of the defendants.

SO ORDERED.

June 5, 2009                                  /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:     Prealou Roberts, Pro se
        Sarah Murdough, Esq.
        Kenneth Bartholomew, Esq.