UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Prealou J. Roberts,
    Plaintiff


    v.                          Case No. 09-cv-34-SM

Wentworth Douglas Hospital
and Prime Care Medical
Services,
    Defendants



ORDER

    Re: Document No. 35, Partially Assented to Motion to Refer
Plaintiff's Case to New Hampshire's Medical Malpractice Screening
Panel.


    Ruling:  Granted.  The state law medical negligence claims
brought by plaintiff against defendants Prime Care Medical Services
and Wentworth Douglas Hospital are stayed pending action by a
medical review panel as provided for in N.H. Rev. Stat. Ann. Ch.
("RSA") 519-B.  Defendants shall advise the deputy clerk when the
panel review is complete.  Should the remaining claims be resolved
prior to completion of panel review, the case will be
administratively closed, subject to reopening upon completion of
review. The parties are directed to follow the procedures set out
in RSA 519-B:4.


                              _____
                              Steven J. McAuliffe
                              Chief Judge


Date: July 22, 2009

cc:  Prealou J. Roberts, pro se
     Sarah S. Murdough, Esq.
     Kenneth C. Bartholomew, Esq.