# STATE OF NEW HAMPSHIRE
# JUDICIAL BRANCH

Court: _V. S. DISTRICT_

Case Name: _PREALOU J. ROBERTS v. WENTWORTH DOUGLAS Hospital, etal._

Case Number: _09 - CV-34-SM_

RSA 519-B SEALED file docket number

## STRUCTURING CONFERENCE ORDER
## HEARING SCHEDULE

1.  Structuring conference held telephonically        ☑Yes        ☐No

2.  The following deadlines will be in effect:
    a. Requests for discovery by any party:        _5/1/10_
    b. Completion of depositions:        _6/1/10_
    c. Disclosure of experts:
        Plaintiff        _3/1/10_
        Defendant        _5/1/10_
    d. Completion of expert depositions:
        Plaintiff        _6/1/10_
        Defendant        _6/1/10_
    e. Completion of all discovery:        _6/1/10_
    f. Exchange of witness lists:        _10 days prior to hearing_

**NOTE: WITNESS LISTS SHALL BE MAILED DIRECTLY TO THE PANEL MEMBERS BY THE PARTIES BY THE DEADLINE ABOVE FOR THE EXCHANGE OF WITNESS LISTS. PARTIES AND/OR PANEL MEMBERS SHOULD NOTIFY THE CHAIRPERSON IMMEDIATELY IF, BASED UPON THE WITNESS LISTS, A CONFLICT HAS BEEN IDENTIFIED.**

g. Deadline for filing of motions: _____6/15/10_____

h. Filing of relevant medical and

    provider records: + *depositions* __6/15/10__
    *or any other written*
    *evidence to be submitted at hearing.*

**NOTE: ALL RELEVANT MEDICAL AND PROVIDER RECORDS SHALL BE**

**MAILED DIRECTLY TO THE PANEL MEMBERS BY THE PARTIES AT LEAST**

**14 DAYS PRIOR TO THE PANEL HEARING.**

3. Estimated length of panel hearing: _____1 day_____

4. Panel hearing dates: _____July 6 or 7, 2010 as the_____
    _docket permits._

Any change to the above schedule shall be approved by the panel chairperson
prior to the deadline.

                    **BY ORDER OF THE COURT**

__11/10/09__                    __H. W.__

Date                          Panel Chairperson

Plaintiff Counsel:

Defendant Counsel:

5. Within 10 days after 5/1/10, all parties shall send directly
to each panel member a list of all expert witnesses who
may testify or have a deposition submitted at the
panel hearing. The list shall include names, addresses
and practice affiliations.

6. A brief summary statement by each party shall be
sent to each panel member by 6/15/10.

**THE STATE OF NEW HAMPSHIRE**
**SUPERIOR COURT**

ROBERT J. LYNN
CHIEF JUSTICE

HOLLY AQUIZAP
EXECUTIVE SECRETARY
TO THE CHIEF JUSTICE

D. JOAN BISHOP
COURT COORDINATOR

U.S. DISTRICT SUPERIOR COURT CENTER
DISTRICT OF CHENELL DRIVE – STE 1
CONCORD, N H 03301
TELEPHONE (603) 271-2030
TTY/TDD Access
Relay NH 1-800-735-2964
www.courts.state.nh.us

2009 NOV 16  PM 12:44

November 13, 2009

Prealou J. Roberts
170 Amherst St., Room 21
Manchester, NH 03104

Sarah S. Murdough, Esq.
Sulloway & Hollis
9 Capital St.
PO Box 1256
Concord, NH 03302-1256

Kenneth Bartholomew, Esq.
Rath Young & Pignatelli, PA
1 Capital Plaza
PO Box 1500
Concord, NH 03302-1500

In Re:  US District Court
        09-cv-34  Prealou J. Roberts  v.  Wentworth Douglas Hospital, et al.

Dear Parties:

    Regarding the above medical malpractice screening panel case, enclosed please find a copy of Judge Perkins' Structuring Conference Order dated November 10, 2009.

    By a copy of this letter, I am requesting that the Federal Court send all parties, panel members and this office, a copy of the panel hearing notice. The structuring conference order indicates that this matter will be scheduled for 1 day, either on July 6 or July 7, 2010.

    Thank you for your attention.

                                    Sincerely,

                                    Charlene Desrochers
                                    Court Systems Clerk

Copy to:  Hon. Harold W. Perkins (Chair) (without enclosure)
          Kenneth F. Howe, M.D. (Panel Member) (with enclosure)
          Emile Bussiere, Jr., Esq. (Panel Member) (with enclosure)
          Clerk, U.S. District Court (with original enclosure)